IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| MARK ORAVETZ, | Civ. No. 6:24-cv-00415-AA |
| Plaintiff, | **OPINION & ORDER** |
| v. | |
| MIKE ORAVETZ, | |
| Defendant. | |

AIKEN, District Judge.

On March 15, 2024, this Court denied Plaintiff's IFP Petition and dismissed the Complaint with leave to amend.  ECF No. 7.  Plaintiff was given thirty days in which to file an amended complaint and warned that failure to file an amended complaint would result in a judgment of dismissal without notice.  Plaintiff did not file an amended complaint and the time for doing so has passed.  This case is DISMISSED without prejudice and final judgment shall be entered accordingly.

It is so ORDERED and DATED this    23rd    day of April 2024.

                                              /s/Ann Aiken
                                              ANN AIKEN
                                              United States District Judge